ORIGINAL

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| JAMES I. KUROIWA, JR., PATRICIA A. CARROLL, TOBY M. KRAVET, GARRY P. SMITH, EARL F. ARAKAKI, AND THURSTON TWIGG-SMITH, | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 08-00153 JMS KSC |
| Plaintiff(s), | |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>July 3, 2008<br><br>At 12 o'clock and 30 min p.m.<br>SUE BEITIA, CLERK |
| LINDA LINGLE, ET AL., | |
| State Defendant(s), | |
| HAUNANI APOLIONA, ET AL., | |
| OHA Defendant(s) | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that JUDGMENT is entered pursuant to the, "ORDER (1) GRANTING STATE DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS, AND (2) GRANTING OHA DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS", by the Honorable J. MICHAEL SEABRIGHT, and filed on July 3, 2008.

cc: All counsel of record

| July 3, 2008 | | SUE BEITIA |
|---|---|---|
| Date | | Clerk |
| | | (By) Deputy Clerk |